# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT M. FLANAGAN, JR. | § | |
| | § | |
| V. | § | CASE NO. 4:09cv44 |
| | § | (Judge Schneider/Judge Mazzant) |
| WELLS FARGO FINANCIAL | § | |
| NATIONAL BANK | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 17, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Objection to and Motion to Strike Defendant's Designation of Responsible Third Parties (Dkt. #35) and Plaintiff's Motion to Sever (Dkt. # 34) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Objection to and Motion to Strike Defendant's Designation of Responsible Third Parties (Dkt. #35) and Plaintiff's Motion to Sever (Dkt. # 34) are DENIED.

**IT IS SO ORDERED.**

**SIGNED this 14th day of July, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE